1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 6/1/05*

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | No. CR-05-00164 RMW |
|         Plaintiff,              ) | |
|                                 ) | ORDER EXCLUDING TIME |
|     v.                          ) | |
|                                 ) | |
| ROBERT JAMES ASCENCIO,          ) | |
|                                 ) | |
|                                 ) | |
|         Defendant.              ) | |
| _____ ) | |

Good cause appearing, IT IS HEREBY ORDERED that the period of delay from May 19, 2005 to June 20, 2005, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  This exclusion provides defendant continuity of counsel and reasonable time necessary for defense counsel's investigation and effective preparation.  As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED: 6/1/05

/S/ RONALD M. WHYTE
_____
RONALD M. WHYTE
United States District Judge

1  Distribute to:

2  Angela Hansen
   Federal Public Defender's Office
3  160 W. Santa Clara Street, Suite 575
   San Jose, California 95113
4  Counsel for John Bockkom

5  Matthew Harris
   United States Attorney's Office
6  280 South First Street, Suite 371
   San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER EXCLUDING TIME