BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ROBERT JAMES ASCENCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED- 6/29/05*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-CR-00164 RMW |
| Plaintiff, | ) | |
| vs. | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| ROBERT JAMES ASCENCIO, | ) ) | |
| Defendant. | ) ) | |

    Defendant, Robert James Ascencio, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Matthew Harris, stipulate and agree to continue the status hearing date of June 20, 2005 until July 25, 2005 at 9:00 a.m.  The parties request this continuance so that counsel for Mr. Ascencio can have additional time for defense preparation and for continuity of defense counsel.

    The parties are discussing a possible plea in this case.  Counsel for Mr. Ascencio needs additional time to review and collect her client's prior criminal records and to assess the evidence and lab reports produced in this case to better assess Mr. Ascencio's sentencing guidelines and exposure before he can enter into a plea.  For these reasons, the parties stipulate and agree that the Court should reset the status hearing date to July 25, 2005 at 9:00 a.m. for possible disposition of this matter.  The parties further request this continuance because counsel for Mr. Ascencio will be unavailable from July 8 through July 15, 2005.

1   The parties further stipulate and agree that time should continue to be excluded under 18
2   U.S.C. §§ 3161(h)(8)(A) and (B)(iv), because the ends of justice served by the continuance
3   requested outweigh the best interest of the defendant and the public in a speedy trial because the
4   failure to grant such a continuance would unreasonably deny Mr. Ascencio continuity of counsel
5   and the time necessary for effective defense preparation.

6

7   June 16, 2005                                              _____/s/_____
                                                                ANGELA M. HANSEN
8                                                               Assistant Federal Public Defender

9

10  June 16, 2005                                              _____/s/_____
                                                                MATTHEW HARRIS
11                                                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT JAMES ASCENCIO<br><br>  Defendant. | No. 05-CR-00164 RMW<br><br>**ORDER TO<br>CONTINUE STATUS HEARING** |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of June 20, 2005 is continued until July 25, 2005 at 9:00 a.m.  It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for defense preparation and for continuity of defense counsel.

Dated: June 29, 2005

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
United States District Judge

3

Distribute to:

Ms. Angela M. Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Mr. Matthew Harris
Mr. Carlos Singh
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States