BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ROBERT JAMES ASCENCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/5/05*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-CR-00164 RMW |
| Plaintiff, | ) | **STIPULATION AND ORDER TO VACATE MOTION HEARING DATE AND TO CONTINUE SENTENCING DATE** |
| vs. | ) | |
| ROBERT JAMES ASCENCIO, | ) | |
| Defendant. | ) | |

Defendant, Robert James Ascencio, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Matthew Harris, stipulate and agree to vacate the motion hearing date in this case.  At the change of plea hearing on August 29, 2005, the Court set a briefing schedule so that Mr. Ascencio could file a Motion to Dismiss Count Four of the Indictment.  The Court also set a hearing date on the motion for October 17, 2005 at 9:00 a.m.  The parties request that the Court vacate this date because government counsel has agreed to dismiss Count Four at the time of sentencing.

As for the sentencing date, the parties stipulate and agree to continue the sentencing from November 14 to November 21, 2005 because the probation officer assigned to this case, Ms. Karen Mar, is unavailable on November 14, 2005.  Ms. Mar informed both counsel that she is available on November 21, 2005.

For these reasons, the parties stipulate and agree to vacate the October 17 motion hearing

1  date and to continue sentencing from November 14 to November 21, 2005 at 9:00 a.m.

2  September 19, 2005                                       /s/
                                                        ANGELA M. HANSEN
3                                                       Assistant Federal Public Defender

4

5  September 19, 2005                                       /s/
                                                        MATTHEW HARRIS
6                                                       Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-CR-00164 RMW |
| ) | |
| Plaintiff, ) | **ORDER TO VACATE** |
| ) | **MOTION HEARING DATE AND TO** |
| vs. ) | **CONTINUE SENTENCING DATE** |
| ) | |
| ROBERT JAMES ASCENCIO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the motion hearing date of October 17, 2005 is vacated and the sentencing date of November 14 is continued to November 21, 2005 at 9:00 a.m.

Dated: October 5, 2005

/s/ Ronald M. Whyte
_____
HONORABLE RONALD M. WHYTE
United States District Judge

3

Distribute to:

Ms. Angela M. Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Mr. Matthew Harris
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States

Ms. Karen Mar
United States Probation Officer
1301 Clay Street, Suite 220-S
Oakland, CA 94612