| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant ROBERT JAMES ASCENCIO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/21/05*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-CR-00164 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| vs. | ) | **DATE** |
| | ) | |
| ROBERT JAMES ASCENCIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Robert James Ascencio, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Matthew Harris, stipulate and agree to continue the sentencing by three weeks—from November 21 to December 12, 2005—because counsel for Mr. Ascencio needs additional time to prepare Mr. Ascencio's case for sentencing.

First, defense counsel needs additional time to interview Mr. Ascencio's family members and to gather mitigation evidence that Mr. Ascencio plans to present to the Court for consideration at sentencing.  Second, the parties anticipate that there will be a dispute in this case concerning the amount of drugs Mr. Ascencio possessed with the intent to distribute.  Mr. Ascencio's counsel recently viewed the drug evidence in this case and additional reports were produced concerning the collection of this evidence.  Based on this new information, defense counsel would like additional time to continue to investigate the weight and quantity of the drugs

1 recovered at the scene.

2     Counsel for the government does not oppose this request for additional time and is
3 available for sentencing on December 12, 2005.  Mr. Ascencio's counsel contacted United States
4 Probation Officer Karen Mar who informed counsel that she does not oppose this continuance
5 and also is available to appear on December 12, 2005.  For these reasons, the parties stipulate and
6 agree to continue sentencing from November 21, 2005 to December 12, 2005 at 9:00 a.m.

7
8 November 2, 2005                                _____/s/_____
                                                                          ANGELA M. HANSEN
9                                                                           Assistant Federal Public Defender

10
   November 2, 2005                                  _____/s/_____
11                                                                          MATTHEW HARRIS
                                                                          Assistant United States Attorney

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-CR-00164 RMW |
| ) | |
| Plaintiff, ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING DATE** |
| vs. ) | |
| ) | |
| ROBERT JAMES ASCENCIO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the sentencing date of November 21, 2005 is vacated and continued to December 12, 2005 at 9:00 a.m.

Dated: November 21, 2005

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
United States District Judge

3

1  Distribute to:

2

3  Ms. Angela M. Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Mr. Matthew Harris
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8
   Ms. Karen Mar
9  United States Probation Officer
   1301 Clay Street, Suite 220-S
10 Oakland, CA 94612

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26