| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | J. DOUGLAS WILSON (DCBN 412811)<br>Assistant United States Attorney |

450 Golden Gate Ave.
San Francisco, California 94131
Telephone: (415) 436-6778
FAX: (415) 436-7234
Doug.wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00164-01 RMW |
| Plaintiff, | ) ) | |
| v. | ) ) | UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION UNDER 18 U.S.C. § 3582(c)(2) AND [] **ORDER** |
| ROBERT JAMES ASCENCIO, | ) ) | |
| Defendant. | ) ) | |

By order issued December 19, 2014, the Court directed the United States and Probation to advise the Court of the government's position on defendant Robert James Ascencio's motion under 18 U.S.C. § 3582(c)(2) by February 6, 2015. As of that date, Probation had not received all the materials necessary to formulate a position. Probation still has not obtained the necessary materials. In particular, Probation has delayed filing a response because it has not yet obtained Ascencio's records from the Bureau of Prisons. Because the United States generally follows Probation's recommendation on Section 3582(c)(2) motions, the United States seeks a second two-week extension, until March 6, 2015, to file its responses to Ascencio's request for relief.

///

///

MOTION FOR CONTINUANCE
NO. CR 05-00164-01 RMW

1 Ascencio will not be prejudiced by the requested continuance because under Guidelines Amendment
2 782, the Court cannot grant relief that is effective before November 1, 2015.  The Federal Public
3 Defender, which is representing Ascencio, has no objection to this continuance.

5 DATED:  February 20, 2015.                                   Respectfully submitted,

6                                                                                      MELINDA HAAG
                                                                                        United States Attorney
7

                                                                                         /s/
                                                                                        _____
                                                                                        J. DOUGLAS WILSON
                                                                                        Assistant United States Attorney

12       It is ORDERED that the government's request for a two-week extension until March 6, , 2015, to
13 file its response is hereby **GRANTED.**

14 DATED:  ⊞⊞́

                                                                                        *Ronald M. Whyte*
                                                                                        _____
                                                                                        RONALD M. WHYTE
                                                                                        United States District Judge

MOTION FOR CONTINUANCE
NO. CR 05-00164-01 RMW                              2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

ASCENCIO et al,

        Defendant.

Case Number: CR05-00164 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Robert James Ascencio**
10253-111
Federal Correctional Complex
PO Box 1034 Coleman II
Coleman, FL 33521
PRO SE

Dated: March 4, 2015

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk